*June 2, 2017*

2017-Ohio-4089.]

**2015–1074. State ex rel. Ohio Presbyterian Retirement Servs., Inc. v. Indus. Comm.**
Franklin App. No. 14AP–624, 2015-Ohio-2122. On the motion of amici curiae Ohio Association for Justice and Ohio Association of Claimants' Counsel to participate in oral argument scheduled for June 7, 2017. Motion granted. Amici curiae shall share the time allotted to appellees.

**2016–1906. State ex rel. Sanders v. Indus. Comm.**
Franklin App. No. 15AP–496, 2016-Ohio-7704. On appellant's application for dismissal. Application granted. Cause dismissed.

**2017–0654. State v. Yates.**
Cuyahoga App. No. 105427. On appellant's application for dismissal. Application granted. Cause dismissed.

*June 5, 2017*

2017-Ohio-4106.]

**2016–1559. State v. Watkins.**
Lucas App. No. L–15–1213, 2016-Ohio-5756. On the motion of Tim Dugan to withdraw as counsel for appellee. Motion granted. Counsel granted leave to file an application for appointed counsel fees.